RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Uriel Lira-Cabrera

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>URIEL LIRA-CABRERA,<br><br>Defendant. | Case No. 2:20-mj-00059-VCF-1<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Uriel Lira-Cabrera, that the Preliminary Hearing currently scheduled on April 7, 2020 at 4:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The parties have resolved this matter. A fast-track plea agreement and waiver of Indictment was recently filed. A case number and district judge have now been assigned. However, the Arraignment and Plea is scheduled for April 29, 2020. *See* ECF No.

15 (Case no. 2:20-cr-0061-APG-GNW).  As such, the parties will need to continue the preliminary hearing date in order to allow for the plea hearing to take place.

    2.    Defendant is incarcerated and does not object to a continuance.

    3.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 23rd day of March, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00059-VCF-1 |
| Plaintiff, | **ORDER** |
| v. | |
| URIEL LIRA-CABRERA, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on April 7, 2020 at the hour of 4:00 p.m., be vacated and continued to May 26, 2020 at the hour of 4:00 pm.

DATED this 25th day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE