RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Uriel Lira-Cabrera

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES, | Case No. 2:20-mj-0059-VCF-1 |
| Plaintiff, | ORDER **TO CONTINUE PRELIMINARY HEARING** |
| v. | (Fourth Request) |
| URIEL LIRA-CABRERA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Uriel Lira-Cabrera, that the Preliminary Hearing currently scheduled on July 1, 2020 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered for the following reasons:

1. The parties have resolved this matter. A fast-track plea agreement and waiver of Indictment have been filed, and a case number and district judge have been assigned. However, the Arraignment and Plea was rescheduled to July 16, 2020. As such, the parties will need to continue the preliminary hearing date in order to allow for the plea hearing to take place.

2. Defendant is incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the fourth request for continuance filed herein.

DATED this 16th day of June, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>URIEL LIRA-CABRERA,<br><br>　　　　Defendant. | Case No. 2:20-cr-0061-APG-VCF<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS ORDERED that the Preliminary Hearing currently scheduled on July 1, 2020 at the hour of 4:00 p.m., be vacated and continued to September 2, 2020 at 4:00 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach

　　DATED this __18__ day of June, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE